### MILLER *v.* SLADE & FARISH.

FISH, J.   It was not erroneous to sustain a demurrer to a plea alleging that the promissory note sued on had been altered without defendant's consent, when, even if the alleged alteration was in the note and material, there was no allegation that it was made with intent to defraud.   Civil Code, § 3702 ; *Burch v. Pope,* 114 *Ga.* 334.

*Judgment affirmed.   All the Justices concurring, except Lumpkin, P. J., absent.*

Submitted November 24, — Decided December 12, 1902.

Complaint — appeal.   Before Judge Butt.   Marion superior court.   May 1, 1902.

*Simeon Blue,* for plaintiff in error.
*J. H. Lumpkin* and *J. J. Dunham,* contra.